# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0891
_____

ROBERT JOSEPH BURCH, III,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


March 19, 2026

PER CURIAM.

  AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thomas John Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.